# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2338

_____

| | | |
|---|---|---|
| John Earl Jordan, Jr., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| T. C. Outlaw, Warden FCI Forrest City, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: September 7, 2010
Filed: September 17, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate John Earl Jordan appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, *see Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam); *Matheny v. Morrison*, 307 F.3d 709, 711-12 (8th Cir. 2002), we find no basis for reversal. Accordingly, we affirm. *See 8th Cir. R. 47B*.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.